IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Civ. No. 04-1302-T/An |
| VS. | ) | Civ. No. 05-1016-T/An |
| | ) | Crim. No. 02-10007-1-T |
| JACK RAY AUSTIN, | ) | |
| Defendant. | ) | |

ORDER ADMINISTRATIVELY CLOSING DUPLICATIVE CASE

Defendant Jack Ray Austin, Bureau of Prisons inmate registration number 18877-076, an inmate at the Federal Correctional Institution in Memphis, filed a *pro se* motion pursuant to 28 U.S.C. § 2255 on January 24, 2005, which was docketed as case number 05-1016-T/An. This motion is identical to a previous motion filed by this defendant on November 17, 2004, which was docketed as case number 04-1302-T/An.

Accordingly, it is ORDERED that case number 05-1016-T/An be administratively closed. It is further ORDERED that a copy of the motions filed in case number 05-1016-T/An, as well as a copy of this order, be docketed in case number 04-1302-T/An. All further documents filed in connection with either action shall be docketed only in case number 04-1302-T/An.

IT IS SO ORDERED this 9th day of June, 2005.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 6/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:04-CV-01302 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Jack Ray Austin
FEDERAL CORRECTIONAL INSTITUTION
18877-076
P. O. Box 34550
Memphis, TN 38134--055

Honorable James Todd
US DISTRICT COURT