

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

UNITED STATES OF AMERICA,

v.

JACK RAY AUSTIN,           CASE NUMBER:   1:04-1302-T/An
                                          02-10007-1-T

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 6/21/2005, this case is hereby DISMISSED. It is further ordered that the Certificate of Appealability is DENIED and CERTIFIED that any Appeal by plaintiff is not taken in good faith.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                              THOMAS M. GOULD
                              CLERK

___6/23/2005___        BY:  _____
DATE                        DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6/24/05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:04-CV-01302 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Jack Ray Austin
FEDERAL CORRECTIONAL INSTITUTION
18877-076
P. O. Box 34550
Memphis, TN 38134--055

Honorable James Todd
US DISTRICT COURT